■ In the Matter of MINNIE G. ERVIN, Appellant, v LEE P. BROWN, as Police Commissioner of the City of New York, and as Chairman of the Board of Trustees of the Police Pension

Fund, Article II, et al., Respondents. [597 NYS2d 593] —Judgment, Supreme Court, New York County (Eugene Nardelli, J.), entered on October 31, 1991, unanimously affirmed for the reasons stated by Nardelli, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Kupferman, Asch and Kassal, JJ.